```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 08289
   TONY MOORE
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-1217


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/07/07 .

   2.  The case was dismissed without confirmation, 08/02/2007.

-----------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
-----------------------------------------------------------------------------
AMERICAS SERVICING CO        CURRENT MORTG          .00           .00           .00
AMERICAS SERVICING CO        MORTGAGE ARRE    NOT FILED           .00           .00
ELGIN CREDIT UNION           SECURED                .00           .00           .00
ELGIN CREDIT UNION           MORTGAGE ARRE    NOT FILED           .00           .00
ELGIN CREDIT UNION           SECURED VEHIC          .00           .00           .00
ARMOR SYSTEMS                UNSECURED        NOT FILED           .00           .00
COMED                        UNSECURED        NOT FILED           .00           .00
CREDITORS COLLECTION         UNSECURED        NOT FILED           .00           .00
DIVERSIFIED SRVS             UNSECURED        NOT FILED           .00           .00
ILLINOIS COLLECTION SERV     UNSECURED        NOT FILED           .00           .00
KEYNOTE CONSULTING INC       UNSECURED        NOT FILED           .00           .00
MRSI                         UNSECURED        NOT FILED           .00           .00
NICOR GAS                    UNSECURED        NOT FILED           .00           .00
PROFESSIONAL ACCOUNT MGM     UNSECURED        NOT FILED           .00           .00
TRG ACCOUNT SERVICES         UNSECURED        NOT FILED           .00           .00
US DEPT OF EDUCATION         UNSECURED        NOT FILED           .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED       PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00            .00          .00        .00           .00
PRINCIPAL PAID          .00            .00          .00        .00           .00
INTEREST PAID           .00            .00          .00        .00           .00
TOTAL PAID              .00            .00          .00        .00           .00
The Debtor's attorney, DAVID CHANG                 , was allowed $          .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 11/16/07                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

                                    PAGE   2
CASE NO. 07 B 08289 TONY MOORE